# Third District Court of Appeal

## State of Florida

Opinion filed November 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1614
Lower Tribunal No. 19-25195
_____

**Lazara A. Rodriguez**,
Appellant,

vs.

**The Bank of New York Mellon, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

David J. Winker, P.A., and David J. Winker, for appellant.

Holland & Knight LLP and Courtney Robertson (Fort Lauderdale) and Carter Burgess (Jacksonville), for appellee the Bank of New York Mellon; Liebler Gonzalez & Portuondo and Adam J. Wick, for appellee Bank of America, N.A.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.